DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID HOROWITZ** and **MICHAEL HOROWITZ,**
Appellants,

v.

**GERALD CANNIZZARO,**
Appellee.

No. 4D2025-2933

[July 9, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven Joel Levin, Judge; L.T. Case No. 562024CP000333AXXXHC.

David Horowitz, Great Falls, Montana, and Michael Horowitz, Poughkeepsie, New York, pro se.

Kolleen C. Bannon of Cornerstone Wills and Trusts, LLC, Jupiter, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***